### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| Maurice O Wilson | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3: 14 c 50247 |
| | ) | |
| v. | ) | |
| | ) | Judge: Philip G. Reinhard |
| | ) | |
| Peterson Cleaning Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On 12/18/2015, Magistrate Judge Johnston entered a report and recommendation [24] that defendant's motion [20] to set aside the entry of default [18] be granted. Plaintiff has not filed a timely objection. The court has reviewed the record and accepts the report and recommendation. Defendant has established all three elements for setting aside an order of default under Fed. R. Civ. P. 55(c)– good cause for the default, quick action to correct it, and a meritorious defense to the complaint. Defendant's motion [20] to set aside the order of default [18] is granted. The clerk is directed to vacate the entry of default.

Date: 1/5/2016

*Philip G. Reinhard*

Philip G. Reinhard, U.S. District Judge